[Nos. 33550-2-I; 35600-3-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M.
BURRELL, *Appellant*.

*In the Matter of the Personal Restraint of*
WILLIAM M. BURRELL, *Petitioner*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-1-00104-1, Byron L. Swedberg, J., entered

1064

May 9, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, J., concurred in by Coleman and Webster, JJ.